In re:  Case No. 21-06754-EPB
JAMES JEFFRIES, JR.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 2
Date Rcvd: Feb 23, 2022      Form ID: 318      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | JAMES JEFFRIES, JR., 1927 E HAMPTON AVE #102, MESA, AZ 85204-6059 |
| 16533164 | + | CJA FINANCE, INC., 1313 S. Country Club Dr, Mesa AZ 85210-5129 |
| 16533156 | + | Collection Service Bur, RevSolve/CSB Attn: Bankruptcy Dept, Po Box 310, Scottsdale AZ 85252-0310 |
| 16533161 | + | Fedloan, Pob 60610, Harrisburg PA 17106-0610 |
| 16533167 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison WI 53707-7860 |
| 16533168 | + | Valley Collection Service, Attn: Bankruptcy, 17431 N 71st Dr, Ste 104, Glendale AZ 85308-8598 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QEHALEY.COM | Feb 24 2022 03:48:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Feb 24 2022 03:48:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16533153 | + | Email/Text: bankruptcy@acimacredit.com | Feb 23 2022 22:47:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy UT 84070-4384 |
| 16533154 | + | Email/Text: bankruptcy@autonowfinancial.com | Feb 23 2022 22:46:00 | Auto Now Financial Ser, Attn: Bankruptcy, Po Box 816, Glendale AZ 85311-0816 |
| 16533155 | + | Email/Text: bankruptcy@autonowfinancial.com | Feb 23 2022 22:46:00 | Auto Now Financial Services, PO Box 51900, Mesa AZ 85208-0095 |
| 16533158 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 22:46:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln NE 68501-2561 |
| 16533159 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 22:46:00 | Department of Education/Nelnet, Po Box 82561, Lincoln NE 68501-2561 |
| 16533160 | + | Email/Text: desertfinance.sarah@gmail.com | Feb 23 2022 22:47:00 | Desert Fin, 2231 W Main St, Mesa AZ 85201-6805 |
| 16533163 | + | EDI: IIC9.COM | Feb 24 2022 03:48:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul MN 55127-2557 |
| 16533166 | + | EDI: ECMC.COM | Feb 24 2022 03:48:00 | U.S. Department of Education, Po Box 5609, Greenville TX 75403-5609 |
| 16533165 | + | EDI: ECMC.COM | Feb 24 2022 03:48:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16611562 | | EDI: WFFC.COM | Feb 24 2022 03:48:00 | UNITED STATES DEPARTMENT OF |

EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | *+ | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| 16533157 | ##+ | Corporation Service Company, 2338 West Royal Palm Rd. STE J, Phoenix AZ 85021-9339 |
| 16533162 | ##+ | High Performance Capit, 34 Executive Park Ste 18, Irvine CA 92614-4706 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022         Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ERIC M. HALEY | on behalf of Trustee ERIC M. HALEY trustee@haley-law.com emhaley@ecf.axosfs.com |
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| SHAWN AUBREY MCCABE | on behalf of Debtor JAMES JEFFRIES JR. chapterbkecf@chapterbankruptcylaw.com, chapterbankruptcylaw@gmail.com,info@chapterbankruptcylaw.com |
| STUART BRADLEY RODGERS | on behalf of Trustee ERIC M. HALEY stuart.rodgers@lane-nach.com sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | JAMES JEFFRIES JR. <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2689 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Arizona | | |
| Case number:   2:21–bk–06754–EPB | | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JAMES JEFFRIES JR.

2/23/22                                         **By the court:** Eddward P. Ballinger Jr.
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                   page 1

Case 2:21-bk-06754-EPB    Doc 35    Filed 02/23/22    Entered 02/25/22 22:31:13    Desc
                  Imaged Certificate of Notice    Page 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2